| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 7 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

ANDREW GRIMM,

        Plaintiff-Petitioner,

v.

CITY OF PORTLAND,

        Defendant-Respondent.

No. 21-80109

D.C. No. 3:18-cv-00183-MO
District of Oregon,
Portland

ORDER

Before: O'SCANNLAIN and THOMAS, Circuit Judges.

The court, in its discretion, denies the petition for permission to appeal the district court's September 30, 2021 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

KWH/MOATT